**James Allen MORRIS, Petitioner—Appellant,**

v.

**K.J. WENDT, Warden, Respondent—Appellee.**

No. 05–7421.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 26, 2006.

Decided: Feb. 2, 2006.

James Allen Morris, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

## PER CURIAM:

James A. Morris, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morris v. Wendt*, No. CA–04–229–1 (N.D.W. Va. Aug. 9 & 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*